Charlie W. Rieman, Appellee, v. A. G. Rieman, Appellant.

Gen. No. 43,041. 

opinion filed December 13, 1944; rehearing denied January 3, 1945; released for publication January 4, 1945. Newell Mecartney, for appellant; Ignatz Spitz, for appellee. Opinion by PRESIDING JUSTICE BURKE. Not to be published in full.